UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **Shelly Donahue**, | ) | |
| | ) | Case No. 1:10-cv-76 |
| Plaintiff, | ) | |
| | ) | Hon. Janet T. Neff |
| v. | ) | |
| | ) | |
| **NCO Financial Systems, Inc.,** | ) | |
| a Pennsylvania corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**Notice of Settlement**

The parties have agreed to settle this lawsuit with prejudice and intend to file a Stipulation of Dismissal no later than Tuesday, April 13, 2010.

Dated: March 29, 2010                /s/ Phillip C. Rogers
                                     Phillip C. Rogers (P34356)
                                     Attorney for Plaintiff
                                     40 Pearl Street, N.W., Suite 336
                                     Grand Rapids, Michigan 49503-3026
                                     (616) 776-1176
                                     ConsumerLawyer@aol.com