UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **Shelly Donahue**, | ) | |
| | ) | Case No. 1:10-cv-76 |
| Plaintiff, | ) | |
| | ) | Hon. Janet T. Neff |
| v. | ) | |
| | ) | |
| **NCO Financial Systems, Inc.**, | ) | |
| a Pennsylvania corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**Stipulation of Dismissal**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Shelly Donahue, through her attorney of record, and defendant NCO Financial Systems, Inc., through its attorneys of record, being all of the parties who have appeared in this action, stipulate to the immediate dismissal of this action with prejudice.

Dated: April 12, 2010	/s/ Phillip C. Rogers
	Phillip C. Rogers (P34356)
	Attorney for Plaintiff
	40 Pearl Street, N.W., Suite 336
	Grand Rapids, Michigan 49503-3026
	(616) 776-1176
	ConsumerLawyer@aol.com

Dated: April 12, 2010	/s/ Deborah A. Lujan
	Deborah A. Lujan (P46990)
	Collins, Einhorn, Farrell & Ulanoff
	Attorneys for Defendant
	4000 Town Center, Suite 909
	Southfield, Michigan 48075
	(248) 355-4141
	deborah.lujan@ceflawyers.com